UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 18-cv-05602-YGR (JCS)

**Case Name:** Ragudo v. City of Daly City

**Date:** November 5, 2019  **Time:** 5 H

**Deputy Clerk:** Karen Hom  **Court Reporter:** 2:29-2:34

**Attorney for Plaintiff:** Fulvio Cajina, Stanley Goff
**Attorney for Defendant:** Lisa Rauch

## PROCEEDINGS

(X)  Settlement Conference - Held

  (X) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )  Further Settlement Conference

  ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )  Telephonic Scheduling Conference to set Settlement Conference

( )  Further Telephonic Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Status Conference

( )  Other

**Notes:** Settlement placed on the record. Settlement is subject to approval by the Daly City City Council.
Parties in attendance: Dolores Ragudo, Filemon Ragudo, Roberto Caisip, Mary Knoll-Johnson, plaintiffs. Rose Zimmerman, Daly City City Attorney, Patrick Hensley, Daly City Chief of Police.