FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiffs

TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
LISA K. RAUCH [SBN. 148575]
lrauch@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES RAGUDO; FILEMON RAGUDO; MARY KNOLL RAGUDO-JOHNSON; and ROBERTO CAISIP,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY; POLICE CHIEF PATRICK HENSLEY; OFFICER COREY SHOOPMAN; OFFICER BRUCE PERDOMO; OFFICER NICHOLAS MCCARTHY, and DOES 1-25;<br><br>　　Defendants. | CASE: 4:18-cv-05602-YGR<br><br>**JOINT STATUS REPORT RE COMPLIANCE FOLLOWING SETTLEMENT**<br><br>Date: December 13, 2019<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th Floor<br>1301 Clay Street, Oakland, CA<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers |

1

Plaintiffs DOLORES RAGUDO; FILEMON RAGUDO; MARYKNOLL RAGUDO-JOHNSON; and ROBERT CAISIP (collectively referred to as "Plaintiffs") and defendants CITY OF DALY CITY; POLICE CHIEF PATRICK HENSLEY; OFFICER COREY SHOOPMAN, OFFICER BRUCE PERDOMO, and OFFICER NICHOLAS McCARTHY (collectively referred to as "Defendants") hereby by and through their undersigned attorneys, jointly submit this joint status report following settlement of this matter.

This matter was fully resolved at settlement conference with Chief Magistrate Joseph C. Spero on November 5, 2019. The City Council for the City of Daly City has approved the settlement of this matter. The parties have agreed on the terms for the General and Special Release. The parties anticipate that a request for dismissal will be filed within the next 60 days.

DATED: December 4, 2019          LAW OFFICE OF FULVIO F. CAJINA

                                                   By:  */s/ Fulvio F. Cajina*
                                                       Fulvio F. Cajina
                                                       Attorneys for Plaintiffs

DATED: December 4, 2019          HOWARD ROME MARTIN & RIDLEY LLP

                                                   By:  */s/ Lisa K. Rauch*
                                                       Todd H. Master
                                                       Lisa K. Rauch
                                                       Attorneys for Defendants