**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DOLORES RAGUDO, ET. AL.,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**CITY OF DALY CITY, ET. AL.,**<br><br>          Defendants, | Case No.: 18-CV-05602-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

      The Court has received the parties' Joint Status Report. (Dkt. No. 39.) In light of the representations therein, the compliance hearing set for the Court's 9:01 a.m. calendar on Friday, December 13, 2019 is **CONTINUED** to the Court's **9:01 a.m.** calendar on **Friday, February 14, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

      Five (5) business days prior to the date of the compliance hearing, the parties shall jointly file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

      Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

      **IT IS SO ORDERED**.

Date: **December 6, 2019**

                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT JUDGE**