1  FULVIO F. CAJINA (Bar No. 289126)
   LAW OFFICE OF FULVIO F. CAJINA
2  311 Oak Street, Suite 108
   Oakland, CA 94607
3  Telephone: (415) 601-0779
4  Facsimile: (510) 225-2636
   Email: fulvio@cajinalaw.com
5
   STANLEY GOFF (Bar No. 289564)
6  LAW OFFICE OF STANLEY GOFF
   15 Boardman Place Suite 2
7  San Francisco, CA 94103
   Telephone: (415) 571-9570
8  Email: scraiggoff@aol.com

9  Attorneys for Plaintiffs

10 TODD H. MASTER [SBN. 185881]
   tmaster@hrmrlaw.com
11 LISA K. RAUCH [SBN. 148575]
   lrauch@hrmrlaw.com
12 HOWARD ROME MARTIN & RIDLEY LLP
   1900 O'Farrell Street, Suite 280
13 San Mateo, CA 94403
   Telephone: (650) 365-7715
14 Facsimile: (650) 364-5297

15 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES RAGUDO; FILEMON RAGUDO; MARY KNOLL RAGUDO-JOHNSON; and ROBERTO CAISIP,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY; POLICE CHIEF PATRICK HENSLEY; OFFICER COREY SHOOPMAN; OFFICER BRUCE PERDOMO; OFFICER NICHOLAS MCCARTHY, and DOES 1-25;<br><br>Defendants. | CASE: 4:18-cv-05602-YGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** ~~AND [PROPOSED] ORDER~~ **[FRCP 41 (a) (1)]** |

---

STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER; Case No. 4:18-cv-05602-YGR        1

IT IS HEREBY STIPULATED by and between Plaintiffs DOLORES RAGUDO; FIELMON RAGUDO; MARY KNOLL RAGUDO-JOHNSON; and ROBERTO CAISIP ("Plaintiffs") and Defendants CITY OF DALY CITY, POLICE CHIEF PATRICK HENSLEY, OFFICER NICHOLAS McCARTHY, OFFICER BRUCE PERDOMO, and OFFICER COREY SHOOPMAN (collectively, "Defendants") by and through their designated counsel, that the above-entitled action filed by Plaintiffs against Defendants is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

Date: January 21, 2020            LAW OFFICE OF FULVIO F. CAJINA

                                  By:   /s/ Fulvio F. Cajina
                                        Fulvio F. Cajina
                                        Attorneys for Plaintiffs

Date: January 21, 2020            LAW OFFICE OF STANLEY GOFF

                                  By:   /s/ Stanley Goff
                                        Stanley Goff
                                        Attorneys for Plaintiffs

Date:  January 21, 2020           HOWARD ROME MARTIN & RIDLEY LLP

                                  By:   /s/ Lisa K. Rauch
                                        Todd H. Master
                                        Lisa K. Rauch
                                        Attorneys for Defendants
                                        CITY OF DALY CITY, POLICE CHIEF
                                        PATRICK HENSLEY, OFFICER
                                        NICHOLAS McCARTHY, OFFICER
                                        BRUCE PERDOMO and OFFICER COREY
                                        SHOOPMAN

///

///

HOWARD ROME MARTIN & RIDLEY LLP
1900 O' FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, the above-entitled action against Defendants CITY OF DALY CITY, POLICE CHIEF PATRICK HENSLEY, OFFICER NICHOLAS McCARTHY, OFFICER BRUCE PERDOMO, and OFFICER COREY SHOOPMAN are **DISMISSED WITH PREJUDICE**. Each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 23, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**